# EXHIBIT 2

**Example of Contact With Victim K.Y.'s Sister**

