Exhibit A

March 26, 2023

My dear brother, Brandon Le, turned 22 years old today. We grew up together in a poor first-generation immigrant household. While my family suffered from assimilating to the country, Brandon suffered at a very young age from cancer. I did not understand at the time the pain my brother was in, but I soon understood how strong he was for living through it all. Even when he was on the hospital bed awaiting procedures after procedures, he would put a smile on his face, wipe the tears from our mother's eyes and tell her not to cry, he will live for us. Brandon became my role model and my closest friend. There are many family stories of him following me around, wanting to do anything and everything I do just to be by my side, but in actuality I have been chasing after him all my life. He focused on school, he was playful and funny, he was good at sports, and he was the brightest person I have ever met. I was only able to make it as far as I have because my brother's light was shining before me. We were the closest siblings any of our friends came across. We spent countless days bonding with each other. He was my reasoned shoulder to cry on and could put a smile on my face. He was our joy.

It was a cruel shock when Brandon was arrested in December 2019, just days after our uncle passed away from a sudden heart attack. It was impossibly brutal to believe my little brother committed the crimes he was charged for. When the truth surfaced that he was responsible, I hated myself for pulling away from him since high school and not being as close as we were before. However, Brandon became an even better person than I already thought he was and my trust in him grew deeper. During the months leading up to his trial in 2021, he dedicated his time to our family and diving into his education. He began approaching his life wholeheartedly. Every day he went to our aunt's plant nursery to help her and our grandma, being their rock after our aunt lost her husband. Not only did he want to spend his days with our grandma, he also wanted to further his understanding of our Vietnamese culture and language. He started helping my mom with cooking and working out to improve her health. He even started to open up emotionally to me and our parents, something that he has held back from us all his life. Then he looked to Buddhism and read books to structure his mind. After he got on parole, Brandon continued to live righteously and followed the rules of parole to a T. He never left the house when he was ordered to stay home, and when he was given a curfew he would always make it so that he would be home an hour before. He made sure everywhere he went was within bounds and he never missed an appointment with the officer or therapist. He would not even drink come his 21st birthday.

All this time, Brandon has kept his promise to live strong. After being charged twice, my brother is still someone I lovingly look up to. He shows me everyday since he's been charged that he treasures his life, spending time with our family and new dog, studying well in school and focusing on academic opportunities, picking up hobbies like playing the piano, and being generous wherever he goes. He has shown me that he learned how precious this one life is and how he must treat everyone kindly. He is genuinely sorry for his wrongdoings and is working hard to amend. I have faith in my brother doing good in this world. He will be diligent in abiding by the law and living gracefully. Every moment I have him in my life is a blessing and I cherish his presence like no other. Please allow him to stay by my side.

Sincerely,

Vivian Le

August 2nd, 2023

**Dear Honorable Judge Jonker,**

My name is Johnny HuuDung Le. I am the father of my son, Brandon Le. I am currently working for the Orlando Police Department as a Traffic Infraction Enforcement Officer. I am also a member of the Auxiliary for Florida Highway Patrol.

First, from the bottom of my heart, I'd like to say that I'm very sorry to everyone that has been affected by this matter. I am truly sorry.

About 20 years ago, my son, Brandon Le, was diagnosed with blood cancer (Leukemia). He has been in and out of the hospital for his cancer treatments all his childhood up to now. Despite all that suffering, Brandon participated to do volunteer work whenever he can over the years. Brandon managed to focus on school and recently graduated from college with a bachelor's degree in biomedical sciences. He wanted to continue to study to be a doctor. His ambition is to be a Public Servant and be valuable to the community.

As his father, I want nothing more than to watch him grow up and succeed in life. He made a huge mistake, but I know he has a good heart for people. I am devastated to see him in this situation.

I am aware of the charges that he is facing and the consequences of those but looking at his health condition, he's not the person that he wanted to become. He regrets and is very sorry for his actions, and I ask you, Judge, for his leniency.

Your Honor, please take this into your consideration and give him another chance to redeem himself. I know he will be a good person and invaluable to the society.

Once again, I am deeply sorry to everyone involved in this matter.

I want to thank you Your Honor for your time and attention to this matter.

Respectfully,

*[signature]*

Johnny Le

Case 1:22-cr-00160-RJJ   ECF No. 45-1,  PageID.205   Filed 08/15/23   Page 3 of 7

Exhibit C



**From:** Klingenberg, David David.Klingenberg@fdc.myflorida.com
**Subject:** RE: Brandon Le
**Date:** March 16, 2023 at 10:55 AM
**To:** Heath Lynch  heath@sbbllaw.com

Heath,

On 9/09/2020, the subject was sentence to one year Community Control followed by 5 years' probation for Extortion. I have supervised the case the entire time. Since being placed on supervision there have been no violations committed. He has complied with his curfew of 10:00 pm to 6:00 am and both of his drug tests were negative. He has paid off his court fees and his ahead on his cost of supervision payments. He has been enrolled at University of Central Florida since 9/09/2020, and has gotten straight A's every semester. He has been enrolled with ITM for sex offender treatment since 10/12/2020. The progress reports state he is attending and participating at his sessions. He has never missed an office appointment and is always prompt for his appointments. If you need anything further please feel free to contact me.

David Klingenberg
Florida Department of Corrections
Correctional Probation Specialist
7420 TPC Blvd. Orlando, FL. 32822
407-297-2000 Office
407-719-5375 Cell



Exhibit D

Dear Honorable Judge Jonker,

My name is Lien Doan, the mother of Brandon Le. Firstly, I would like to offer my deepest apologies to everyone that was involved and affected by this. I am very sorry.

Raising Brandon was difficult but as he grew up, he easily made life worth living. He was two years old when he was diagnosed with Leukemia cancer and received treatment throughout his entire childhood until eighteen years old. During his treatment, he looked up to the doctors that cared for him and he decided on his career path to become a cardiologist. With this dream, he worked very hard to receive his Bachelor's Degree in Biomedical Sciences Summa Cum Laude. He was one of the top students in all of his classes and was even invited to present his lab research at a medical conference.

Outside of school, Brandon was a good child to his family. He respects my parents, his grandparents, and visits them almost every week. He would be so happy to eat the Vietnamese dishes his grandmother makes and tried hard to learn the language so that he can talk with them. He makes all of us smile and we know he cares deeply for us. He would always be the first person to volunteer to help anyone in our family when they need it.

All his life, Brandon has worked hard. He worked hard to live despite getting cancer at such a young age; he worked hard to get one of the most difficult degrees and be at the top of his class; he worked hard to keep his family happy. He knows he did wrong and he is extremely sorry. From this, I know my son will put his all into making matters right and go in the right direction from here.

Your Honor, please give Brandon a chance to make it right and become a better person.

Respectfully,

Lien Doan

Exhibit E

Dear Honorable Judge Jonker,

     Hello, my name is Anthony Peregrino and I am a very good friend of Brandon Le.  I met him during a volunteering event in high school.  We would occasionally hang out and most of the time it would not be a dull moment.  I would always have a fun time hanging out with him and share many laughs with him.  For as long as I've known Brandon, I have thought of him as a very studious person.  While he was in school, he worked very hard to get good grades and pass all of his classes.  He always scheduled his plans after school, making sure to prioritize his studies first.  In my eyes, I see Brandon being family oriented and loves spending most of his time with family.  He is very cherished by his family members and would always bring a smile to those around him.

     After I heard the news about him, I still think of him as a good honest person and I believe he has changed for the better since those problems occurred.  He started taking his core biomedical science classes in his second year of college and got the best grades ever since.  He worked hard to maintain his grades and perform in his group studies.  I know Brandon can do good.  The more I learned about his character, the more I understood how sincere he has become.  He deserves another chance to show his kindness just as he did with me.  Overall, I see Brandon as a family oriented, hard working, loved individual from those around him with myself included.

Sincerely,

Anthony Peregrino

Exhibit F

Dear Honorable Judge Jonker,

My name is Long Nguyen, and I am Brandon Le's cousin. Although he's my cousin, I've known him since he was born so I like to think of him as my little brother. We have been alongside each other for as long as I can remember, and our bond has weathered many storms. Together, we navigated the ups and downs of life, celebrated each other's successes, and leaned on one another during challenging times. Now, as he faces the consequences of his actions, I want him to know that my support for him remains steadfast. I understand that mistakes happen, I believe in the capacity for growth, redemption, and forgiveness. I will not abandon him in this difficult time, but instead, I will be here to offer whatever support I can. Brandon has always been a kind and goofy soul even with his rough childhood of being in and out of hospitals. I remember having playdates in his hospital room where one moment we're giggling playing Super Smash Bros. and the next he's being taken away by nurses or physicians. Brandon is also never the one to hurt anyone or anything. When we were young, I'd bully him into letting me play new videogames if he received them before I did, and he'd never retaliate. Instead, he would smile and hand the game over like nothing happened. He also would try to capture and release most insects found in common households instead of killing them on the spot. I refer to him as "the Gentle Giant" for growing to be the tallest in the family and radiating a pleasant, tender aura whenever he steps into a room. He's constantly the first one to reach out a helping hand whenever he can. Whether it be bringing in the groceries or moving all the furniture out of a house, he's there. Brandon brings a component of cheerfulness to the family. He tries to keep everyone smiling or laughing. Even when the family is arguing at the dinner table, Brandon

somehow finds a way to convert it. He's always there for us. When times are grim, his shoulder is always there. Now, our shoulders will be there for him.

Sincerely,

Long Nguyen