UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                  No. 1:22-CR-160

    vs.                                        Hon. Robert J. Jonker
                                                      U.S. District Court Judge

BRANDON HUU LE,

        Defendant.
_____/

**EXHIBITS 1 AND 3 TO GOVERNMENT'S SENTENCING MEMORANDUM**

    The United States submits the attached Exhibits to its Sentencing Memorandum for the Court's consideration at sentencing.

                                                      Respectfully submitted,

                                                      MARK A. TOTTEN
                                                     United States Attorney

Dated: August 17, 2023                 */s/ Adam B. Townshend*
                                                     ADAM B. TOWNSHEND
                                                     Assistant United States Attorney
                                                     P.O. Box 208
                                                     Grand Rapids, MI  49501-0208
                                                     (616) 456-2404