# EXHIBIT 3
# to Government's Sentencing Memorandum

# Snapchat Example 2

**Snapchat Example 2**

| | addityyt | | 7E0 | Sat Aug 10 19:28:20 UTC 20 |
|---|---|---|---|---|
| addityyt | | Have you ever masturbated before? | | Sat Aug 10 19:40:41 UTC 20 |
| | addityyt | no | | Sat Aug 10 19:40:54 UTC 20 |
| | addityyt | i'm only 13 remember | | Sat Aug 10 19:41:00 UTC 20 |
| addityyt | | You never tried to experiment ? | | Sat Aug 10 19:41:15 UTC 20 |
| | addityyt | uh no | | Sat Aug 10 19:42:25 UTC 20 |
| addityyt | | I've been getting morning wood since I was 10 so | | Sat Aug 10 19:42:38 UTC 20 |
| addityyt | | Lol | | Sat Aug 10 19:42:39 UTC 20 |
| | addityyt | 🤤 | | Sat Aug 10 19:43:30 UTC 20 |
| addityyt | | So you never felt horny? You never masturbated? You never tried anything? | | Sat Aug 10 19:43:59 UTC 20 |
| addityyt | | | | Sat Aug 10 19:52:17 UTC 20 |
| | addityyt | sorry i was at futsal | | Sat Aug 10 21:11:29 UTC 20 |
| | addityyt | no i haven't | | Sat Aug 10 21:11:35 UTC 20 |
| addityyt | | How was futsal | | Sat Aug 10 21:11:46 UTC 20 |
| | addityyt | good | | Sat Aug 10 21:12:41 UTC 20 |
| | addityyt | i made the team! | | Sat Aug 10 21:12:46 UTC 20 |
| | addityyt | it was tryouts for the winter season | | Sat Aug 10 21:12:54 UTC 20 |
| addityyt | | Ohh nice job | | Sat Aug 10 21:13:10 UTC 20 |
| addityyt | | So where r u going now | | Sat Aug 10 21:13:15 UTC 20 |
| | addityyt | thanks..home | | Sat Aug 10 21:13:21 UTC 20 |
| addityyt | | Oh ok | | Sat Aug 10 21:13:26 UTC 20 |
| addityyt | | Have you ever seen porn? | | Sat Aug 10 21:13:45 UTC 20 |
| | addityyt | no | | Sat Aug 10 21:14:32 UTC 20 |
| addityyt | | Are you still in the back? | | Sat Aug 10 21:15:46 UTC 20 |
| | addityyt | yea | | Sat Aug 10 21:16:46 UTC 20 |
| addityyt | | Can I see what your wearing | | Sat Aug 10 21:17:16 UTC 20 |
| | addityyt | i'm wearing my futsal uniform | | Sat Aug 10 21:17:51 UTC 20 |
| addityyt | | Can I see | | Sat Aug 10 21:18:09 UTC 20 |
| | addityyt | sure? why | | Sat Aug 10 21:18:35 UTC 20 |
| addityyt | | I just want to see | | Sat Aug 10 21:19:02 UTC 20 |
| addityyt | | Your legs look so 😋 | | Sat Aug 10 21:20:26 UTC 20 |
| | addityyt | thanks | | Sat Aug 10 21:20:37 UTC 20 |
| addityyt | | So I'm still horny so can you help me? | | Sat Aug 10 21:21:39 UTC 20 |
| | addityyt | yea | | Sat Aug 10 21:53:19 UTC 20 |
| | addityyt | wtf | | Sat Aug 10 21:57:14 UTC 20 |
| addityyt | | What? | | Sat Aug 10 21:58:37 UTC 20 |
| | addityyt | why are u ss | | Sat Aug 10 21:58:45 UTC 20 |
| addityyt | | Is there a problem? | | Sat Aug 10 21:59:01 UTC 20 |
| | addityyt | yea u ss the chat. why | | Sat Aug 10 21:59:16 UTC 20 |
| addityyt | | Why? Are you afraid of our convo getting out? | | Sat Aug 10 22:00:05 UTC 20 |
| | addityyt | ok ur just being a dick | | Sat Aug 10 22:00:22 UTC 20 |
| | addityyt | 😕 | | Sat Aug 10 22:00:29 UTC 20 |
| addityyt | | I'm just wondering why are you upset | | Sat Aug 10 22:00:48 UTC 20 |
| addityyt | | | A8 | Sat Aug 10 22:01:49 UTC 20 |
| addityyt | | Do you want this going out? | | Sat Aug 10 22:01:58 UTC 20 |
| addityyt | | If you want me to delete it%2C add me back | | Sat Aug 10 22:02:11 UTC 20 |
| | addityyt | ok what's the deal | | Sat Aug 10 22:12:17 UTC 20 |
| addityyt | | Well since I'm horny you know what I want | | Sat Aug 10 22:12:35 UTC 20 |
| | addityyt | why are you doing this to me? i'm literally a 13 yr old girl who doesn't wanna do this w a 17 yr old. why do u want me to do it tho? | | Sat Aug 10 22:13:23 UTC 20 |

**Snapchat Example 2**

| User | User2 | Message | Timestamp |
|---|---|---|---|
| addityyt | | Bc I'm horny | Sat Aug 10 22:13:48 UTC 20 |
| addityyt | | Once I cum or stop being horny I will delete everything | Sat Aug 10 22:13:57 UTC 20 |
| addityyt | | Or do you want me to start posting instead? | Sat Aug 10 22:14:05 UTC 20 |
| | addityyt | ur literally blackmailing me | Sat Aug 10 22:14:15 UTC 20 |
| addityyt | | Ok I'll start posting now then | Sat Aug 10 22:14:29 UTC 20 |
| | addityyt | fine whatever | Sat Aug 10 22:14:38 UTC 20 |
| addityyt | | Are you going to help me? Or should I start posting? | Sat Aug 10 22:15:13 UTC 20 |
| | addityyt | sure whatever | Sat Aug 10 22:16:21 UTC 20 |
| addityyt | | So you want me to start posting? | Sat Aug 10 22:16:39 UTC 20 |
| | addityyt | what? | Sat Aug 10 22:16:48 UTC 20 |
| addityyt | | Are you going to help me? | Sat Aug 10 22:17:00 UTC 20 |
| | addityyt | i said sure. | Sat Aug 10 22:17:06 UTC 20 |
| addityyt | | Are you at home? | Sat Aug 10 22:17:11 UTC 20 |
| | addityyt | yes | Sat Aug 10 22:17:14 UTC 20 |
| addityyt | | In ur room? Alone? | Sat Aug 10 22:17:19 UTC 20 |
| | addityyt | i'm home alone | Sat Aug 10 22:17:31 UTC 20 |
| addityyt | | Ok then send me a pic of you right now | Sat Aug 10 22:17:42 UTC 20 |
| addityyt | | Are you wearing a bra? Or underwear? | Sat Aug 10 22:18:20 UTC 20 |
| | addityyt | yea | Sat Aug 10 22:18:32 UTC 20 |
| | addityyt | why wouldn't i be | Sat Aug 10 22:18:47 UTC 20 |
| addityyt | | Show me | Sat Aug 10 22:18:54 UTC 20 |
| | addityyt | ok i'm sorry but i'm very uncomfortable w this | Sat Aug 10 22:19:30 UTC 20 |
| addityyt | | Well then I'll just start posting now | Sat Aug 10 22:19:45 UTC 20 |
| addityyt | | If you just send these pics until I cum%2C then I'll delete everything | Sat Aug 10 22:20:15 UTC 20 |
| addityyt | | And then I will leave | Sat Aug 10 22:20:19 UTC 20 |
| | addityyt | i've never done this before! i'm way to young to be doing this | Sat Aug 10 22:20:40 UTC 20 |
| addityyt | | I just want a few pics until I cum | Sat Aug 10 22:20:52 UTC 20 |
| | addityyt | pics of what | Sat Aug 10 22:21:00 UTC 20 |
| addityyt | | You literally don't have to worry about me ever again in 20 mins if you do this | Sat Aug 10 22:21:09 UTC 20 |
| | addityyt | 20 min? | Sat Aug 10 22:21:21 UTC 20 |
| addityyt | | About the time it would take for you to send everything I want and for me to cum | Sat Aug 10 22:21:38 UTC 20 |
| | addityyt | i will do the bottom half but not top | Sat Aug 10 22:21:58 UTC 20 |
| addityyt | | Would you rather do this and not worry about me or see me ever again in 20 mins%2C or have me start posting our convo right now | Sat Aug 10 22:22:01 UTC 20 |
| addityyt | | ? | Sat Aug 10 22:22:18 UTC 20 |
| | addityyt | fine i'll do it | Sat Aug 10 22:22:23 UTC 20 |
| | addityyt | but only bottom half ok? | Sat Aug 10 22:22:31 UTC 20 |
| addityyt | | No I want to see everything | Sat Aug 10 22:22:36 UTC 20 |
| | addityyt | plz just bottom | Sat Aug 10 22:22:51 UTC 20 |
| addityyt | | Nope | Sat Aug 10 22:22:54 UTC 20 |
| addityyt | | Everything or no deal | Sat Aug 10 22:23:03 UTC 20 |
| | addityyt | ok fine | Sat Aug 10 22:23:10 UTC 20 |
| addityyt | | Show me your bra and underwear | Sat Aug 10 22:23:17 UTC 20 |
| addityyt | | Hmm 😌 | Sat Aug 10 22:24:33 UTC 20 |
| addityyt | | Send me a video of you taking off your bra | Sat Aug 10 22:24:45 UTC 20 |
| | addityyt | woah | Sat Aug 10 22:24:51 UTC 20 |
| | addityyt | that's a little much. the most i'm doing is what i just sent | Sat Aug 10 22:25:13 UTC 20 |
| addityyt | | I said everything so if not then I'll start posting now then | Sat Aug 10 22:25:28 UTC 20 |
| addityyt | | If you want me to leave in 20 mins this is what I want | Sat Aug 10 22:25:38 UTC 20 |
| addityyt | | I want to see your whole body | Sat Aug 10 22:26:03 UTC 20 |

**Snapchat Example 2**

| Sender | Recipient | Message | Timestamp |
|---|---|---|---|
| addityyt | | That's what will make me leave in 20 mins | Sat Aug 10 22:26:15 UTC 20 |
| addityyt | | Do you want me to start posting our convo now then? | Sat Aug 10 22:26:45 UTC 20 |
| addityyt | | Take it all off | Sat Aug 10 22:27:05 UTC 20 |
| addityyt | | I want to see your nipples | Sat Aug 10 22:27:09 UTC 20 |
| | addityyt | jesus | Sat Aug 10 22:27:14 UTC 20 |
| addityyt | | That's what I want for me to leave | Sat Aug 10 22:27:21 UTC 20 |
| addityyt | | You want me to get mad? | Sat Aug 10 22:28:09 UTC 20 |
| addityyt | | Turn off flash and let me see it | Sat Aug 10 22:28:13 UTC 20 |
| addityyt | | Take it all off now | Sat Aug 10 22:28:18 UTC 20 |
| | addityyt | why me | Sat Aug 10 22:28:31 UTC 20 |
| addityyt | | You want me to start posting our convo? | Sat Aug 10 22:28:42 UTC 20 |
| | addityyt | u don't even know me! | Sat Aug 10 22:28:49 UTC 20 |
| addityyt | | Ok you want me to delete it? | Sat Aug 10 22:29:06 UTC 20 |
| | addityyt | yes i want you to delete it! | Sat Aug 10 22:29:27 UTC 20 |
| addityyt | | If you want me to delete it then Snap me a pic of you in ur bra and underwear again but show ur face this time | Sat Aug 10 22:29:30 UTC 20 |
| | addityyt | there | Sat Aug 10 22:30:10 UTC 20 |
| addityyt | | Ok I'll brb in 30 mins. If you blocked me when I get back then I swear to god I'm posting our convo without telling you | Sat Aug 10 22:30:28 UTC 20 |
| | addityyt | now delete it and leave me alone plz! | Sat Aug 10 22:30:38 UTC 20 |
| addityyt | | When I get back you better reply to me right away | Sat Aug 10 22:30:41 UTC 20 |
| addityyt | | I'll be back in 30 mins | Sat Aug 10 22:30:48 UTC 20 |
| | addityyt | why? | Sat Aug 10 22:30:52 UTC 20 |
| addityyt | | Hey | Sat Aug 10 22:49:27 UTC 20 |
| | addityyt | hi | Sat Aug 10 22:49:35 UTC 20 |
| addityyt | | Hmm you look delicious | Sat Aug 10 22:50:21 UTC 20 |
| | addityyt | ok | Sat Aug 10 22:50:32 UTC 20 |
| addityyt | | Are you still home alone? | Sat Aug 10 22:51:17 UTC 20 |
| | addityyt | yea | Sat Aug 10 22:51:22 UTC 20 |
| addityyt | | Send me a pic of your ass | Sat Aug 10 22:51:44 UTC 20 |
| | addityyt | it's been 20 min already. | Sat Aug 10 22:51:53 UTC 20 |
| addityyt | | Well I left so that time doesn't count | Sat Aug 10 22:52:23 UTC 20 |
| addityyt | | Send me a pic of your ass now | Sat Aug 10 22:52:28 UTC 20 |
| addityyt | | Send it again but be only in ur bra and underwear | Sat Aug 10 22:55:14 UTC 20 |
| addityyt | | Pull up ur underwear | Sat Aug 10 22:57:04 UTC 20 |
| addityyt | | I want to see your ass cheeks | Sat Aug 10 22:57:08 UTC 20 |
| | addityyt | pull them up? | Sat Aug 10 22:57:59 UTC 20 |
| addityyt | | Yeah like give urself a wedgie | Sat Aug 10 22:58:41 UTC 20 |
| | addityyt | uh ok | Sat Aug 10 22:58:44 UTC 20 |
| addityyt | | Send me a video of you stripping until ur naked | Sat Aug 10 22:59:10 UTC 20 |
| addityyt | | Put the camera down and record urself handsfree | Sat Aug 10 22:59:24 UTC 20 |
| | addityyt | oml | Sat Aug 10 22:59:31 UTC 20 |
| | addityyt | ok it's been 20 min | Sat Aug 10 22:59:39 UTC 20 |
| | addityyt | plz just stop it's rlly been 20 min | Sat Aug 10 22:59:50 UTC 20 |
| addityyt | | I want this one and one more ok? | Sat Aug 10 22:59:58 UTC 20 |
| addityyt | | Last 2 | Sat Aug 10 23:00:00 UTC 20 |
| | addityyt | plz just one more picture | Sat Aug 10 23:00:07 UTC 20 |
| addityyt | | No this video then one more pic | Sat Aug 10 23:00:15 UTC 20 |
| | addityyt | no plz just one more picture | Sat Aug 10 23:00:26 UTC 20 |
| addityyt | | Last 2 before you never have to worry about me ever again | Sat Aug 10 23:00:27 UTC 20 |
| | addityyt | promise? | Sat Aug 10 23:00:33 UTC 20 |

**Snapchat Example 2**

| | | | | |
|---|---|---|---|---|
| addityyt | | Promise | | Sat Aug 10 23:00:36 UTC 20 |
| | addityyt | ok.. | | Sat Aug 10 23:00:44 UTC 20 |
| | addityyt | well i sent the one picture u said i had to send | | Sat Aug 10 23:03:11 UTC 20 |
| addityyt | | No I said one more pic and that pic is the pic I ask for | | Sat Aug 10 23:03:23 UTC 20 |
| | addityyt | plz | | Sat Aug 10 23:03:33 UTC 20 |
| | addityyt | u didn't say that before | | Sat Aug 10 23:03:38 UTC 20 |
| addityyt | | Last pic is a pic of you completely naked%2C and show ur face | | Sat Aug 10 23:03:45 UTC 20 |
| addityyt | | Send that and I will leave | | Sat Aug 10 23:03:50 UTC 20 |
| | addityyt | plz no | | Sat Aug 10 23:03:56 UTC 20 |
| addityyt | | Last pic and I will leave | | Sat Aug 10 23:04:08 UTC 20 |
| addityyt | | Hmmm that's what I like to see | | Sat Aug 10 23:05:19 UTC 20 |
| | addityyt | hey! don't ss that! | | Sat Aug 10 23:05:19 UTC 20 |
| addityyt | | Are you shaved down there? | | Sat Aug 10 23:05:26 UTC 20 |
| | addityyt | why? | | Sat Aug 10 23:05:30 UTC 20 |
| | addityyt | plz delete both of those! | | Sat Aug 10 23:05:46 UTC 20 |
| addityyt | | Are you shaved down there? | | Sat Aug 10 23:06:48 UTC 20 |
| | addityyt | why?! | | Sat Aug 10 23:06:57 UTC 20 |
| addityyt | | Answer me | | Sat Aug 10 23:07:04 UTC 20 |
| | addityyt | i mean i haven't in a few days but | | Sat Aug 10 23:07:19 UTC 20 |
| addityyt | | Are you still home alone? | | Sat Aug 10 23:07:41 UTC 20 |
| | addityyt | yea | | Sat Aug 10 23:07:45 UTC 20 |
| | addityyt | plz delete those and leave me alone! plz! | | Sat Aug 10 23:07:58 UTC 20 |
| addityyt | | | 1F0 | Sat Aug 10 23:08:08 UTC 20 |
| addityyt | | You want me to delete this? | | Sat Aug 10 23:08:14 UTC 20 |
| | addityyt | YES | | Sat Aug 10 23:08:18 UTC 20 |
| addityyt | | Do you want me to post it instead? | | Sat Aug 10 23:08:27 UTC 20 |
| | addityyt | uh no! | | Sat Aug 10 23:08:32 UTC 20 |
| addityyt | | Why? I think it would be great for your 8th year | | Sat Aug 10 23:08:59 UTC 20 |
| | addityyt | please! stop! | | Sat Aug 10 23:09:24 UTC 20 |
| addityyt | | Send me a selfie now | | Sat Aug 10 23:09:38 UTC 20 |
| addityyt | | Are you crying baby? | | Sat Aug 10 23:10:11 UTC 20 |
| | addityyt | yea cuz idk why ur doing this to me and what i did to deserve this! plz just delete them and stop! | | Sat Aug 10 23:10:42 UTC 20 |
| addityyt | | Let me see them tears | | Sat Aug 10 23:10:50 UTC 20 |
| addityyt | | Show me what ur wearing | | Sat Aug 10 23:12:18 UTC 20 |
| addityyt | | Let me see ur legs | | Sat Aug 10 23:13:13 UTC 20 |
| addityyt | | Spread them for me | | Sat Aug 10 23:14:02 UTC 20 |
| | addityyt | plz you said that you would leave me alone! | | Sat Aug 10 23:14:16 UTC 20 |
| addityyt | | Spread them | | Sat Aug 10 23:14:30 UTC 20 |
| addityyt | | Now | | Sat Aug 10 23:14:30 UTC 20 |
| addityyt | | Point the camera towards you and show me ur whole body | | Sat Aug 10 23:15:01 UTC 20 |
| | addityyt | plz just stop!! | | Sat Aug 10 23:15:21 UTC 20 |
| addityyt | | | 9C1 | Sat Aug 10 23:15:46 UTC 20 |
| addityyt | | You want me to post this now? | | Sat Aug 10 23:15:50 UTC 20 |
| | addityyt | stop! no! please! | | Sat Aug 10 23:15:57 UTC 20 |
| addityyt | | Then do what I asked | | Sat Aug 10 23:16:04 UTC 20 |
| addityyt | | Send me a video of you taking off ur pants | | Sat Aug 10 23:16:59 UTC 20 |
| | addityyt | please just delete it and leave me alone now! please! | | Sat Aug 10 23:17:52 UTC 20 |
| addityyt | | I haven't cummed yet | | Sat Aug 10 23:18:03 UTC 20 |
| | addityyt | just stop making me help you! have someone else! you said you would leave me alone! | | Sat Aug 10 23:18:40 UTC 20 |

Snapchat Example 2

| | | | |
|---|---|---|---|
| addityyt | | You want me to post that pic now then? | Sat Aug 10 23:18:55 UTC 20 |
| | addityyt | please just leave me alone! i helped you the most i could! i cant anymore! | Sat Aug 10 23:19:30 UTC 20 |
| addityyt | | I guess you do want me to post that pic | Sat Aug 10 23:20:00 UTC 20 |
| addityyt | | Ok | Sat Aug 10 23:20:01 UTC 20 |
| | addityyt | please don't! i never did anything for you to do this to me! | Sat Aug 10 23:20:21 UTC 20 |
| addityyt | | I won't post it ▇ if you be a good girl for me | Sat Aug 10 23:20:44 UTC 20 |
| | addityyt | please i just want to stop! i did everything you've asked me to do. i gave u 20 min. and you said that you would leave me alone! | Sat Aug 10 23:21:37 UTC 20 |
| addityyt | | So what I'm hearing is that you want me to post it now? | Sat Aug 10 23:22:24 UTC 20 |
| | addityyt | this is literally child pornography! please just stop! | Sat Aug 10 23:22:30 UTC 20 |
| addityyt | | Ok I'll go and post those pics now since you want me to | Sat Aug 10 23:23:09 UTC 20 |
| | addityyt | no! please i'm just an insecure%2C suicidal%2C innocent girl who never wanted this! | Sat Aug 10 23:23:39 UTC 20 |
| addityyt | | Be a good girl and send until I'm satisfied and I won't post anything ▇ ok? | Sat Aug 10 23:23:59 UTC 20 |
| | addityyt | it's been an hour! please just leave me alone! stop texting me! make someone else! please! | Sat Aug 10 23:25:02 UTC 20 |
| addityyt | | Do you want me to post it? And then you won't be able to go to a good college? And won't get a good job? You want that to happen? | Sat Aug 10 23:25:31 UTC 20 |
| addityyt | | If not then be a good girl and send until I'm satisfied | Sat Aug 10 23:25:38 UTC 20 |
| | addityyt | please just stop! | Sat Aug 10 23:25:43 UTC 20 |
| | addityyt | is there anything else i can do to make you stop! | Sat Aug 10 23:26:04 UTC 20 |
| addityyt | | Nope | Sat Aug 10 23:26:07 UTC 20 |
| addityyt | | Send until I'm satisfied | Sat Aug 10 23:26:11 UTC 20 |
| addityyt | | Send me a selfie now | Sat Aug 10 23:26:14 UTC 20 |
| addityyt | | Show me your pretty eyes baby | Sat Aug 10 23:26:46 UTC 20 |
| addityyt | | When do your parents get home? | Sat Aug 10 23:27:21 UTC 20 |
| | addityyt | soon. so u need to stop cuz i won't be able to when they're home. and they'll be home very soon | Sat Aug 10 23:28:04 UTC 20 |
| addityyt | | You better stop crying unless you want them to know? | Sat Aug 10 23:28:46 UTC 20 |
| addityyt | | Do you want them to know? | Sat Aug 10 23:28:50 UTC 20 |
| | addityyt | yea i know that's why i need you to stop! | Sat Aug 10 23:28:58 UTC 20 |
| | addityyt | you keep going then i keep crying and my dads a cop so you can get in lots of trouble for this. | Sat Aug 10 23:29:25 UTC 20 |
| addityyt | | Do you want to talk about this with your dad? | Sat Aug 10 23:29:52 UTC 20 |
| addityyt | | And then forcing me to post your pics? | Sat Aug 10 23:29:52 UTC 20 |
| | addityyt | please just stop! my life is already hard enough! i don't want anymore trouble | Sat Aug 10 23:30:34 UTC 20 |
| addityyt | | Then send until I'm satisfied | Sat Aug 10 23:30:54 UTC 20 |
| | addityyt | i will send you one more picture | Sat Aug 10 23:31:15 UTC 20 |
| addityyt | | No you will send until I'm satisfied | Sat Aug 10 23:31:25 UTC 20 |
| | addityyt | please just stop! | Sat Aug 10 23:31:40 UTC 20 |
| addityyt | | Show me ur legs | Sat Aug 10 23:31:53 UTC 20 |
| addityyt | | Do you have any dresses? | Sat Aug 10 23:32:56 UTC 20 |
| | addityyt | no i don't rlly wear dresses | Sat Aug 10 23:33:08 UTC 20 |
| addityyt | | Any skirts? | Sat Aug 10 23:33:20 UTC 20 |
| | addityyt | no | Sat Aug 10 23:33:23 UTC 20 |
| addityyt | | Do you have any swimsuits? | Sat Aug 10 23:33:30 UTC 20 |
| | addityyt | yea but idk where they are | Sat Aug 10 23:33:39 UTC 20 |
| addityyt | | Show me ur bras | Sat Aug 10 23:33:46 UTC 20 |
| | addityyt | i only have this one and two more | Sat Aug 10 23:34:08 UTC 20 |
| addityyt | | Show me then | Sat Aug 10 23:34:13 UTC 20 |
| addityyt | | And show me ur underwear's | Sat Aug 10 23:34:18 UTC 20 |
| | addityyt | ok now please leave me alone! | Sat Aug 10 23:35:18 UTC 20 |
| addityyt | | Let me see you try on some of those underwear's | Sat Aug 10 23:35:57 UTC 20 |
| | addityyt | there | Sat Aug 10 23:37:26 UTC 20 |
| | addityyt | please leave me alone now! | Sat Aug 10 23:37:46 UTC 20 |

**Snapchat Example 2**

| User | User | Message | Timestamp |
|---|---|---|---|
| addityyt | | Show me in a video | Sat Aug 10 23:40:58 UTC 20 |
| addityyt | | I want to see you take them off and put them on | Sat Aug 10 23:41:07 UTC 20 |
| | addityyt | please no! i already sent you a video! | Sat Aug 10 23:41:20 UTC 20 |
| | addityyt | fine only cuz i want that picture deleted | Sat Aug 10 23:42:05 UTC 20 |
| addityyt | | Send the video now | Sat Aug 10 23:43:11 UTC 20 |
| | addityyt | no. more! | Sat Aug 10 23:43:43 UTC 20 |
| addityyt | | Send me a pic of you spreading ur pussy | Sat Aug 10 23:44:48 UTC 20 |
| | addityyt | idek how to do that | Sat Aug 10 23:45:13 UTC 20 |
| addityyt | | Actually I want a video | Sat Aug 10 23:46:23 UTC 20 |
| addityyt | | Put the camera down on the ground%2C handsfree%2C lay down and spread ur legs like ur in a sit-up position%2C then take ur hands and spread ur pussy | Sat Aug 10 23:46:56 UTC 20 |
| | addityyt | ok fine..can this be the last thing please? | Sat Aug 10 23:47:06 UTC 20 |
| addityyt | | If you make it good | Sat Aug 10 23:48:03 UTC 20 |
| addityyt | | Do it again and move closer to the camera this time | Sat Aug 10 23:49:49 UTC 20 |
| addityyt | | So you never masturbated before? | Sat Aug 10 23:51:13 UTC 20 |
| | addityyt | no | Sat Aug 10 23:51:20 UTC 20 |
| | addityyt | can i plz be done now? | Sat Aug 10 23:51:29 UTC 20 |
| addityyt | | Ok for this video do the same thing for the camera but this time point ur ass towards the camera and use ur hands to spread ur ass cheeks | Sat Aug 10 23:52:40 UTC 20 |
| addityyt | | I want to be able to see ur asshole | Sat Aug 10 23:52:45 UTC 20 |
| | addityyt | u said that was the last one! | Sat Aug 10 23:52:54 UTC 20 |
| addityyt | | I said if you made it good | Sat Aug 10 23:53:16 UTC 20 |
| addityyt | | But I wasn’t pleased | Sat Aug 10 23:53:20 UTC 20 |
| addityyt | | Now send the video | Sat Aug 10 23:53:24 UTC 20 |
| | addityyt | promise that this’s the last one? | Sat Aug 10 23:53:37 UTC 20 |
| addityyt | | Depends | Sat Aug 10 23:53:52 UTC 20 |
| addityyt | | No | Sat Aug 10 23:54:38 UTC 20 |
| addityyt | | Put the camera on the ground%2C then get on ur knees but let ur ass face the camera then spread ur cheeks | Sat Aug 10 23:54:54 UTC 20 |
| addityyt | | I want to be able to see how tight ur asshole is | Sat Aug 10 23:55:02 UTC 20 |
| addityyt | | No | Sat Aug 10 23:57:36 UTC 20 |
| addityyt | | Leave the camera like the one where I asked your to send ur pussy spreading | Sat Aug 10 23:57:48 UTC 20 |
| addityyt | | Like lean it against something | Sat Aug 10 23:57:53 UTC 20 |
| addityyt | | Then get on ur knees and point ur ass towards the camera | Sat Aug 10 23:58:02 UTC 20 |
| addityyt | | And spread ur ass | Sat Aug 10 23:58:05 UTC 20 |
| addityyt | | ▆▆▆▆ fucking answer me now | Sun Aug 11 00:03:16 UTC 2 |
| | addityyt | my brothers home i can’t | Sun Aug 11 00:03:49 UTC 2 |
| addityyt | | Really? | Sun Aug 11 00:04:01 UTC 2 |
| addityyt | | Do you think he wants to see what you have been sending? | Sun Aug 11 00:04:09 UTC 2 |
| | addityyt | no he doesn’t | Sun Aug 11 00:07:11 UTC 2 |
| | addityyt | he just got back from work | Sun Aug 11 00:07:17 UTC 2 |
| | addityyt | fine i’ll go into the bathroom and shut the door | Sun Aug 11 00:07:41 UTC 2 |
| addityyt | | I don’t need you to send nudes now | Sun Aug 11 00:07:51 UTC 2 |
| addityyt | | Send me a selfie | Sun Aug 11 00:07:54 UTC 2 |
| addityyt | | Let me see ur smile baby | Sun Aug 11 00:08:42 UTC 2 |
| addityyt | | Are you still crying baby? | Sun Aug 11 00:09:51 UTC 2 |
| | addityyt | no | Sun Aug 11 00:11:19 UTC 2 |
| addityyt | | Selfie now | Sun Aug 11 00:12:15 UTC 2 |
| addityyt | | Where r u | Sun Aug 11 00:12:52 UTC 2 |
| addityyt | | In the house | Sun Aug 11 00:12:55 UTC 2 |
| | addityyt | yea | Sun Aug 11 00:13:19 UTC 2 |
| addityyt | | What room? | Sun Aug 11 00:13:30 UTC 2 |

| | addityyt | my parents room | Sun Aug 11 00:14:27 UTC 2 |
|---|---|---|---|
| addityyt | | Why? | Sun Aug 11 00:14:39 UTC 2 |
| | addityyt | bc i want to | Sun Aug 11 00:15:10 UTC 2 |
| addityyt | | Are you going to tell? Bc I can start posting now instead if you want them to get out faster | Sun Aug 11 00:15:29 UTC 2 |
| | addityyt | i'm snuggling w my dog | Sun Aug 11 00:15:45 UTC 2 |
| | addityyt | who's in my parents bed | Sun Aug 11 00:15:52 UTC 2 |
| addityyt | | Selfie | Sun Aug 11 00:15:56 UTC 2 |
| addityyt | | Now | Sun Aug 11 00:16:43 UTC 2 |
| | addityyt | he got up to go outside | Sun Aug 11 00:17:43 UTC 2 |
| addityyt | | Send me a selfie now | Sun Aug 11 00:17:56 UTC 2 |
| | addityyt | but i'm still in bed | Sun Aug 11 00:17:57 UTC 2 |
| | addityyt | there | Sun Aug 11 00:18:10 UTC 2 |
| addityyt | | Show me ur legs | Sun Aug 11 00:18:19 UTC 2 |
| | addityyt | can you just leave me alone now | Sun Aug 11 00:18:49 UTC 2 |
| | addityyt | please | Sun Aug 11 00:18:52 UTC 2 |
| addityyt | | How tall are you? | Sun Aug 11 00:19:00 UTC 2 |
| | addityyt | 5'6 | Sun Aug 11 00:19:08 UTC 2 |
| addityyt | | Do you have a gag reflex? | Sun Aug 11 00:19:21 UTC 2 |
| | addityyt | idk | Sun Aug 11 00:19:31 UTC 2 |
| addityyt | | Try it | Sun Aug 11 00:19:42 UTC 2 |
| | addityyt | yea i do | Sun Aug 11 00:19:51 UTC 2 |
| addityyt | | Let me see your sucking on ur fingers video | Sun Aug 11 00:20:17 UTC 2 |
| addityyt | | Send me a video of you sticking out ur tongue all the way | Sun Aug 11 00:21:03 UTC 2 |
| addityyt | | Open up ur mouth I want to see how deep ur throat goes | Sun Aug 11 00:21:11 UTC 2 |
| | addityyt | why? | Sun Aug 11 00:21:20 UTC 2 |
| addityyt | | You want to start asking questions? Or should I just start posting then | Sun Aug 11 00:21:38 UTC 2 |
| addityyt | | I said a video | Sun Aug 11 00:21:46 UTC 2 |
| addityyt | | How long will you have braces? | Sun Aug 11 00:22:23 UTC 2 |
| | addityyt | a while | Sun Aug 11 00:22:31 UTC 2 |
| addityyt | | How long is ur hair | Sun Aug 11 00:22:44 UTC 2 |
| | addityyt | short | Sun Aug 11 00:22:57 UTC 2 |
| | addityyt | like shoulder length | Sun Aug 11 00:23:10 UTC 2 |
| addityyt | | Have you taken a shower yet? | Sun Aug 11 00:23:17 UTC 2 |
| addityyt | | And what time is it for you | Sun Aug 11 00:23:20 UTC 2 |
| addityyt | | Right now | Sun Aug 11 00:23:23 UTC 2 |
| | addityyt | no and 8:30 | Sun Aug 11 00:23:40 UTC 2 |
| addityyt | | When are you taking a shower | Sun Aug 11 00:24:09 UTC 2 |
| | addityyt | idk why | Sun Aug 11 00:24:39 UTC 2 |
| | addityyt | plz i've done everything you've wanted for two hours! plz just leave me alone | Sun Aug 11 00:25:00 UTC 2 |
| addityyt | | Are you going to take a shower tonight? | Sun Aug 11 00:25:08 UTC 2 |
| | addityyt | idk i just did this morning so prolly not | Sun Aug 11 00:25:42 UTC 2 |
| addityyt | | What's ur bra size? | Sun Aug 11 00:26:01 UTC 2 |
| | addityyt | idk | Sun Aug 11 00:26:25 UTC 2 |
| addityyt | | Show me ur legs again | Sun Aug 11 00:26:41 UTC 2 |
| | addityyt | ok now plz let me go | Sun Aug 11 00:26:59 UTC 2 |
| | addityyt | leave me alone | Sun Aug 11 00:27:03 UTC 2 |
| | addityyt | and delete the picture | Sun Aug 11 00:27:07 UTC 2 |
| addityyt | | Send me selfie | Sun Aug 11 00:27:27 UTC 2 |
| | addityyt | ok now plz leave me alone and delete the picture | Sun Aug 11 00:27:50 UTC 2 |

**Snapchat Example 2**

| User | User | Message | Timestamp |
|---|---|---|---|
| addityyt | | Are you gonna tell me what to do? Or should I just start posting? | Sun Aug 11 00:28:05 UTC 2 |
| | addityyt | u told me that you would leave me alone like an hour ago and u promised too. | Sun Aug 11 00:28:25 UTC 2 |
| addityyt | | So you want me to start posting for you? | Sun Aug 11 00:28:44 UTC 2 |
| addityyt | | Ok | Sun Aug 11 00:28:45 UTC 2 |
| | addityyt | i didn't say that | Sun Aug 11 00:28:59 UTC 2 |
| addityyt | | Then I'm not going until I'm satisfied | Sun Aug 11 00:29:20 UTC 2 |
| addityyt | | Selfie now | Sun Aug 11 00:29:22 UTC 2 |
| addityyt | | Let me see ur ass | Sun Aug 11 00:29:46 UTC 2 |
| addityyt | | Is that ur room? | Sun Aug 11 00:30:23 UTC 2 |
| | addityyt | no | Sun Aug 11 00:30:39 UTC 2 |
| addityyt | | Do you have a bathroom connected to ur room? | Sun Aug 11 00:30:51 UTC 2 |
| | addityyt | no | Sun Aug 11 00:30:57 UTC 2 |
| addityyt | | Send me a video of you pulling down ur pants | Sun Aug 11 00:31:22 UTC 2 |
| addityyt | | And show off that underwear you have on | Sun Aug 11 00:31:32 UTC 2 |
| | addityyt | after this can i be done? please? | Sun Aug 11 00:32:01 UTC 2 |
| addityyt | | Hmm you have such a cute little ass | Sun Aug 11 00:33:23 UTC 2 |
| | addityyt | ok | Sun Aug 11 00:33:27 UTC 2 |
| addityyt | | Send me a video of you pulling down ur underwear and show me that cute little ass of yours | Sun Aug 11 00:33:57 UTC 2 |
| | addityyt | can i plz be done after this? | Sun Aug 11 00:34:11 UTC 2 |
| addityyt | | Send me the video now | Sun Aug 11 00:35:17 UTC 2 |
| addityyt | | Let me see a video of you stripping naked%2C I don't want any clothes on you%2C that means you can't pull ur shorts and underwear to ur knees%2C I want everything off | Sun Aug 11 00:36:56 UTC 2 |
| addityyt | | And don't use the mirror vids or pics anymore | Sun Aug 11 00:37:04 UTC 2 |
| | addityyt | plz stop | Sun Aug 11 00:37:09 UTC 2 |
| addityyt | | Put the camera on the ground and show me ur whole body | Sun Aug 11 00:37:11 UTC 2 |
| addityyt | | Do you want it to be deleted? | Sun Aug 11 00:37:18 UTC 2 |
| addityyt | | Then send it now | Sun Aug 11 00:37:24 UTC 2 |
| | addityyt | yea but i literally wanna kill myself right now | Sun Aug 11 00:37:31 UTC 2 |
| addityyt | | Send the video now | Sun Aug 11 00:37:36 UTC 2 |
| | addityyt | plz stop i literally wanna shoot myslef in the head rn | Sun Aug 11 00:37:56 UTC 2 |
| addityyt | | If you want it deleted send me the video now | Sun Aug 11 00:38:11 UTC 2 |
| | addityyt | is this the last thing? | Sun Aug 11 00:38:33 UTC 2 |
| addityyt | | If you send it well | Sun Aug 11 00:38:51 UTC 2 |
| | addityyt | promise? | Sun Aug 11 00:39:03 UTC 2 |
| addityyt | | It's up to you whether or not it's sent well | Sun Aug 11 00:39:16 UTC 2 |
| addityyt | | Are you in the bathroom? | Sun Aug 11 00:41:05 UTC 2 |
| | addityyt | yea | Sun Aug 11 00:41:08 UTC 2 |
| addityyt | | Is it locked? | Sun Aug 11 00:41:22 UTC 2 |
| | addityyt | yea? | Sun Aug 11 00:41:38 UTC 2 |
| addityyt | | Here's what we are going to do | Sun Aug 11 00:42:13 UTC 2 |
| addityyt | | You and I are going to video call | Sun Aug 11 00:42:21 UTC 2 |
| addityyt | | And you and I are going to masturbate together | Sun Aug 11 00:42:30 UTC 2 |
| | addityyt | i don't do that tho! i never have and i don't rlly plan on ever doing it | Sun Aug 11 00:43:02 UTC 2 |
| addityyt | | Well do you want me to delete and leave? | Sun Aug 11 00:43:13 UTC 2 |
| | addityyt | yea but idk how to or what to do or anything | Sun Aug 11 00:43:25 UTC 2 |
| addityyt | | That's why you will watch the chat and I will tell you | Sun Aug 11 00:43:36 UTC 2 |
| | addityyt | watch the chat? | Sun Aug 11 00:43:49 UTC 2 |
| addityyt | | Like watch it in case I say something | Sun Aug 11 00:44:02 UTC 2 |
| | addityyt | uh ok? | Sun Aug 11 00:44:13 UTC 2 |
| addityyt | | Your gonna start and learn how to masturbate in this video call if you want me to leave | Sun Aug 11 00:44:16 UTC 2 |

**Snapchat Example 2**

| | | | |
|---|---|---|---|
| ███ | addityyt | fine..promise you will delete it and leave me alone? | Sun Aug 11 00:44:50 UTC 2 |
| addityyt | ███ | If you do this video call well | Sun Aug 11 00:45:03 UTC 2 |
| addityyt | ███ | Then yess | Sun Aug 11 00:45:04 UTC 2 |
| ███ | addityyt | okay | Sun Aug 11 00:45:08 UTC 2 |
| addityyt | ███ | I'm going to mute myself but you will remain unmuted | Sun Aug 11 00:45:28 UTC 2 |
| ███ | addityyt | fine | Sun Aug 11 00:45:35 UTC 2 |
| addityyt | ███ | Remember to watch the chat for what I want to see and for you to do | Sun Aug 11 00:45:39 UTC 2 |
| ███ | addityyt | ok | Sun Aug 11 00:45:48 UTC 2 |
| addityyt | ███ | You will watch my masturbate and you will watch me cum btw | Sun Aug 11 00:45:52 UTC 2 |
| ███ | addityyt | ok | Sun Aug 11 00:46:04 UTC 2 |
| addityyt | ███ | Can you talk? Or will someone hear you? | Sun Aug 11 00:46:21 UTC 2 |
| ███ | addityyt | someone will hear me | Sun Aug 11 00:46:38 UTC 2 |
| addityyt | ███ | So are you locked in the bathroom now? | Sun Aug 11 00:46:57 UTC 2 |
| ███ | addityyt | yea | Sun Aug 11 00:47:06 UTC 2 |
| addityyt | ███ | Put the camera down on the ground and let me see ur whole body | Sun Aug 11 00:48:02 UTC 2 |
| addityyt | ███ | Are you watching the chat? | Sun Aug 11 00:48:27 UTC 2 |
| ███ | addityyt | ok | Sun Aug 11 00:48:31 UTC 2 |
| addityyt | ███ | No | Sun Aug 11 00:48:45 UTC 2 |
| addityyt | ███ | Lean it against something | Sun Aug 11 00:48:48 UTC 2 |
| addityyt | ███ | Strip | Sun Aug 11 00:49:02 UTC 2 |
| addityyt | ███ | I want you completely naked | Sun Aug 11 00:49:24 UTC 2 |
| addityyt | ███ | Sit with ur legs spread and apart | Sun Aug 11 00:49:51 UTC 2 |
| addityyt | ███ | Come closer | Sun Aug 11 00:50:01 UTC 2 |
| addityyt | ███ | Lay back a little | Sun Aug 11 00:50:22 UTC 2 |
| addityyt | ███ | No take one of ur hands and use 2 fingers and insert them into ur pussy | Sun Aug 11 00:50:41 UTC 2 |
| addityyt | ███ | No use the masturbating hand over ur legs not under | Sun Aug 11 00:50:59 UTC 2 |
| addityyt | ███ | Like in between ur legs | Sun Aug 11 00:51:03 UTC 2 |
| addityyt | ███ | Yeah | Sun Aug 11 00:51:09 UTC 2 |
| addityyt | ███ | Use two of ur fingers and go in and out of ur pussy | Sun Aug 11 00:51:21 UTC 2 |
| addityyt | ███ | Yeah but harder and faster | Sun Aug 11 00:51:33 UTC 2 |
| addityyt | ███ | You want to dig in there | Sun Aug 11 00:51:36 UTC 2 |
| addityyt | ███ | There we go baby | Sun Aug 11 00:51:46 UTC 2 |
| addityyt | ███ | Use the other hand to play with ur nipples/tits or to suck on | Sun Aug 11 00:51:57 UTC 2 |
| addityyt | ███ | Move closer | Sun Aug 11 00:52:09 UTC 2 |
| addityyt | ███ | Not until you orgasm | Sun Aug 11 00:52:20 UTC 2 |
| addityyt | ███ | You want me to delete? | Sun Aug 11 00:52:35 UTC 2 |
| addityyt | ███ | Ok we will go until I cum then | Sun Aug 11 00:52:46 UTC 2 |
| addityyt | ███ | Let's say 5 mins if you act horny enough | Sun Aug 11 00:53:02 UTC 2 |
| addityyt | ███ | Go back to what you were doing and we can end quicker | Sun Aug 11 00:53:18 UTC 2 |
| addityyt | ███ | Closer | Sun Aug 11 00:53:42 UTC 2 |
| addityyt | ███ | Spread ur legs more | Sun Aug 11 00:53:55 UTC 2 |
| addityyt | ███ | Do you like my cock? | Sun Aug 11 00:54:15 UTC 2 |
| addityyt | ███ | Another method is to just rub ur pussy | Sun Aug 11 00:54:41 UTC 2 |
| addityyt | ███ | Which do you like more? | Sun Aug 11 00:55:02 UTC 2 |
| addityyt | ███ | Well act horny and I will cum | Sun Aug 11 00:55:21 UTC 2 |
| addityyt | ███ | We are going until I cum | Sun Aug 11 00:56:19 UTC 2 |
| addityyt | ███ | You better be quiet before someone hears you | Sun Aug 11 00:57:16 UTC 2 |
| addityyt | ███ | Turn around and let me see ur ass | Sun Aug 11 00:57:50 UTC 2 |
| addityyt | ███ | I'm almost there | Sun Aug 11 00:57:54 UTC 2 |

**Snapchat Example 2**

| | | | |
|---|---|---|---|
| addityyt | ■ | Turn around and show me ur ass again | Sun Aug 11 00:58:24 UTC 2 |
| addityyt | ■ | Lean back and spread ur ass | Sun Aug 11 00:58:34 UTC 2 |
| addityyt | ■ | Put ur head down to the ground and ur ass up and spread | Sun Aug 11 00:58:54 UTC 2 |
| addityyt | ■ | Let me see you put ur finger in ur ass | Sun Aug 11 00:59:17 UTC 2 |
| addityyt | ■ | Put ur finger in and out of ur ass | Sun Aug 11 00:59:42 UTC 2 |
| addityyt | ■ | Keep going | Sun Aug 11 01:00:07 UTC 2 |
| addityyt | ■ | Show me ur tongue and ur tits | Sun Aug 11 01:00:22 UTC 2 |
| addityyt | ■ | I'm about to cum if you be good | Sun Aug 11 01:00:34 UTC 2 |
| addityyt | ■ | Leave it like that | Sun Aug 11 01:00:38 UTC 2 |
| addityyt | ■ | Tits and tongue | Sun Aug 11 01:00:42 UTC 2 |
| addityyt | ■ | Stay that way | Sun Aug 11 01:00:43 UTC 2 |
| ■ | addityyt | will you delete it now? | Sun Aug 11 01:02:05 UTC 2 |
| | addityyt | did you delete it? | Sun Aug 11 01:16:32 UTC 2 |
| addityyt | ■ | I had a good time cumming to you | Sun Aug 11 01:33:43 UTC 2 |
| ■ | addityyt | okay | Sun Aug 11 01:33:58 UTC 2 |
| | addityyt | did you delete the picture? | Sun Aug 11 01:34:10 UTC 2 |
| addityyt | ■ | Send me a selfie | Sun Aug 11 01:38:37 UTC 2 |
| ■ | addityyt | can u answer my question first | Sun Aug 11 01:42:02 UTC 2 |
| addityyt | ■ | Send me the pic | Sun Aug 11 01:42:26 UTC 2 |
| addityyt | ■ | Selfie | Sun Aug 11 01:48:51 UTC 2 |