# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. BRANDON HUU LE | DISTRICT JUDGE: Robert J. Jonker |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:22-cr-160 | 6/29/23 | 3:01 - 3:57 p.m. | Grand Rapids | |

### APPEARANCES

| Government: Adam Townshend | Defendant: Health Lynch | Counsel Designation: Retained |
|---|---|---|

### TYPE OF HEARING
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __ )
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA
Charging Document:
- __ Read   __ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: 70 months
Probation:
Supervised Release: 5 years
Fine: $
Restitution: $12,810.34
Special Assessment: $ 5,100.00

Plea Agreement Accepted: ✓ Yes __ No
Defendant informed of right to appeal: ✓ Yes __ No
Counsel informed of obligation to file appeal: ✓ Yes __ No
Conviction Information:
   Date: 5/18/23
   By: Plea
   As to Count (s): 3

**ADDITIONAL INFORMATION:**
Counts 1 and 2 dismissed on motion of the government.  Victim's representative addresses Court.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** |